**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.  1:21-cv-21044-JLK

RYDER TRUCK RENTAL, INC.,

    Plaintiff,

v.

CHANJE ENERGY, INC. and
FDG ELECTRIC VEHICLES
LIMITED,

    Defendants.

_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S**
**DEFAULT AS TO DEFENDANT CHANJE ENERGY, INC.**

    Plaintiff Ryder Truck Rental, Inc. ("Ryder" or "Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 55, move the Clerk for an Entry of Default against Defendant Chanje Energy, Inc. ("Chanje"), and in support thereof state as follows:

    1.    On March 17, 2021, Ryder filed its Complaint against Defendants Chanje and FDG Electric Vehicles Limited [ECF No. 1].

    2.    On March 19, 2021, Ryder properly served Chanje with a Summons and copy of the Complaint via Chanje's registered agent in Delaware.  A copy of the Notice of Service of Process is attached hereto as Exhibit A [ECF No. 5].

    3.    Once served with a complaint, a party has twenty-one (21) days to respond.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

    4.    As of the filing of this Motion, more than 21 days have elapsed without a response (or any other filing for that matter) since Chanje was served with the Complaint – indeed, ***90 days***

have passed.

5. To the undersigned's knowledge, Chanje had hired Florida counsel to represent it in this matter as of April, but Chanje's counsel never filed any notice of appearance in the case or any motion for an extension of time to respond to the Complaint on behalf of Chanje.

6. Federal Rule of Civil Procedure 55(a) provides as follows: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." Fed. R. Civ. P. 55(a) (emphasis added).

7. A proposed Clerk's Default is attached hereto as Exhibit B.

WHEREFORE, Ryder respectfully requests that the Clerk enter a default against Defendant Chanje.

Dated: June 15, 2021              Respectfully submitted,

/s/*Marty Steinberg*
Marty Steinberg
Florida Bar No. 187293
Paige Comparato
Florida Bar No. 1002942
marty.steinberg@hoganlovells.com
paige.comparato@hoganlovells.com

**HOGAN LOVELLS US LLP**
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Tel: 305-459-6500
Fax: 305-459-6550

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 15th day of June, 2021, using the Court's CM/ECF system, which will automatically send notice and a copy of same to all counsel of record.

By: /s/ *Marty Steinberg*
Marty Steinberg