# EXHIBIT A

# AFFIDAVIT OF SERVICE

| Case: 21-CV-21044 | Court: UNITED STATES DISTRICT COURT for the Southern District of Florida | | Job: 5482534 |
|---|---|---|---|
| Plaintiff / Petitioner: RYDER TRUCK RENTAL, INC. | | Defendant / Respondent: CHANJE ENERGY, INC. and FDG ELECTRIC VEHICLES LIMITED | |
| Received by: HR Office Solutions Inc | | For: Service of Process, Inc | |
| To be served upon: CHANJE ENERGY, INC., Corporation Service Company | | | |

I, Phillip Johnson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** CHANJE ENERGY, INC., Corporation Service Company, 251 Little Falls Dr, Wilmington, DE 19808
**Manner of Service:** Registered Agent, Mar 19, 2021, 1:15 pm EDT Given to Derrick (a security guard)
**Documents:** Summons

**Additional Comments:**
1) Successful Attempt: Mar 19, 2021, 1:15 pm EDT at 251 Little Falls Dr, Wilmington, DE 19808 received by Derrick. Age: 53; Ethnicity: African American; Gender: Male; Weight: 275; Height: 5'9"; Hair: Bald

Phillip Johnson   3/21/2021

Subscribed and sworn to before me by the affiant who is personally known to me.

Deidra Smith
Notary Public
3-21-2021

Service of Process, Inc.
PO Box 653653
Miami, FL 33265
Office: (305) 226-6809

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RYDER TRUCK RENTAL, INC. | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. |
| CHANJE ENERGY, INC. and FDG ELECTRIC VEHICLES LIMITED, | ) 21-CV-21044 |
| *Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHANJE ENERGY, INC.,
by serving its registered agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

Date: 3/19/2021 Time: 1:15 pm
Served: Derrick
Security Guard
PS: O.S. Service of Process, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marty Steinberg, Esq.
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
(305) 469-6500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 18, 2021

s/ DIMAS RODRIGUEZ
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court