# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-21044-JLK

RYDER TRUCK RENTAL, INC.,

    Plaintiff,

**DEFAULT BY CLERK F.R.CIV.P.55(a)**

v.

CHANJE ENERGY, INC. and
FDG ELECTRIC VEHICLES
LIMITED,

    Defendants.

_____/

## **CLERK'S DEFAULT AS TO DEFENDANT CHANJE ENERGY, INC.**

It appearing that Defendant Chanje Energy, Inc. is in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant Chanje Energy Inc.

As of course, on the date of June _____, 2021

_____
CLERK OF COURT

cc: Senior Judge James Lawrence King