UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RYDER TRUCK RENTAL, INC.

PLAINTIFF(S)

v.

CHANJE ENERGY, INC., et al.,

DEFENDANT(S).

CASE NUMBER
1:21−cv−21044−JLK

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Chanje Energy, Inc.**

as of course, on the date June 16, 2021.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Janier Arellano*
Deputy Clerk

cc:  Senior Judge James Lawrence King
     Ryder Truck Rental, Inc.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)