UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-CV-21044-JLK

RYDER TRUCK RENTAL, INC.,

    Plaintiff,

vs.

CHANJE ENERGY, INC. and FDG ELECTRIC VEHICLES LIMITED,

    Defendants.

## NOTICE OF APPEARANCE

John C. Carey of the law firm of Carey Rodriguez Milian, LLP hereby appears as counsel for Defendant Chanje Energy, Inc. in this action.

Dated: July 2, 2021

Respectfully submitted,

By: */s/ John C. Carey*
John C. Carey
Florida Bar No. 78379
Email: jcarey@careyrodriguez.com
Jennifer M. Hernandez
Florida Bar No. 1018836
Email: jhernandez@careyrodriguez.com
**CAREY RODRIGUEZ MILIAN, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474

*Counsel for Defendant Chanje Energy, Inc.*