**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


RYDER TRUCK RENTAL, INC.

CASE NUMBER
1:21−cv−21044−JLK

PLAINTIFF(S)

v.

CHANJE ENERGY, INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).


# <u>Clerk's Default</u>

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**FDG Electric Vehicles Limited**

as of course, on the date November 16, 2021.

**Angela E. Noble**
CLERK OF COURT

By  _/s/ Janier Arellano_
Deputy Clerk

cc:  Senior Judge James Lawrence King
     Ryder Truck Rental, Inc.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)