# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RYDER TRUCK RENTAL, INC.                    CASE NUMBER
                                             1:21−cv−21044−JLK
        PLAINTIFF(S)

v.

CHANJE ENERGY, INC., et al.,

                              **DEFAULT BY CLERK F.R.Civ.P.55(a)**

        DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Chanje Energy, Inc.**

as of course, on the date June 16, 2021.

                                              **Angela E. Noble**
                                              CLERK OF COURT

                                              By  /s/ *Janier Arellano*
                                                Deputy Clerk

cc:  Senior Judge James Lawrence King
     Ryder Truck Rental, Inc.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)