# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RYDER TRUCK RENTAL, INC.　　　　　　　　CASE NUMBER
　　　　　　　　　　　　　　　　　　　　　　1:21−cv−21044−JLK
　　　　　PLAINTIFF(S)

v.

CHANJE ENERGY, INC., et al.,

　　　　　　　　　　　　　　　　　　　DEFAULT BY CLERK F.R.Civ.P.55(a)

　　　　　DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**FDG Electric Vehicles Limited**

as of course, on the date November 16, 2021.

　　　　　　　　　　　　　　　　　　　**Angela E. Noble**
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　By  /s/ *Janier Arellano*
　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:  Senior Judge James Lawrence King
　　　Ryder Truck Rental, Inc.

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)