UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21044-JLK

RYDER TRUCK RENTAL, INC.,

    Plaintiff,

vs.

CHANJE ENERGY, INC. and
FDG ELECTRIC VEHICLES
LIMITED,

    Defendants.
_____/

## REFERRAL TO MAGISTRATE

Upon consideration, the undersigned United States District Judge does hereby refer Plaintiff's Motion for Default Judgment **(DE 18)** filed December 10, 2021, in the above-styled case to the Honorable Jacqueline Becerra, United States Magistrate Judge for the Southern District of Florida, for all such judicial proceedings as are permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of December, 2021.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    **Magistrate Judge Jacqueline Becerra**
        **All counsel of record**