UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-21044-JLK

RYDER TRUCK RENTAL, INC.,

    Plaintiff,

vs.

CHANJE ENERGY, INC., and
FDG ELECTRIC VEHICLES LIMITED,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation (DE 20) (the "R&R"), entered March 4, 2022. No objections have been filed. The R&R recommends entering Final Default Judgment against both Defendants under several legal theories, including breach of contract. R&R at 8. Upon careful consideration of the pleadings and R&R, the Court finds that the R&R correctly state the law and facts of the case.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that

1. Magistrate Judge Jacqueline Becerra's R&R **(DE 20)** be, and the same is, hereby **ADOPTED** as an Order of this Court,

2. Plaintiff's Motion for Final Default Judgment **(DE 18)** be, and the same is, hereby **GRANTED IN PART AND DENIED IN PART**,

3. Judgment is entered in favor of Plaintiff RYDER TRUCK RENTAL, INC. and against Defendants CHANJE ENERGY INC., and FDG ELECTRIC VEHICLES LIMITED,

4. Plaintiff's original Motion for Default Judgment against Defendant Ryder **(DE 13)** be, and the same is, hereby **DENIED AS MOOT**, and

5. Final Default Judgment is hereby entered against both Defendants in the amount of **$3,770,000.00**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida dated this 11th day of March, 2022.

_____
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:** **All Counsel of Record**
**Magistrate Judge Jacqueline Becerra**